# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PREP SOLUTIONS LTD., | § | Civil Action No. 2:23-cv-211-JRG |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| TECHONO LTD., et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |

## DECLARATION OF DARIA TARASEVICH

I, Daria Tarasevich, provide this declaration and declare as follows:

1. I make this declaration upon personal knowledge and, if called to testify, could and would testify to the facts set forth herein.

2. I am an adult resident of Minsk, Belarus, and I am employed by Testking Ltd.

3. I am the Chief Operations Officer for Testking Ltd. I have served in this position for 9 years and have worked 9 years for Tesking Ltd in total. I graduated from the Faculty of Applied Mathematics and Computer Science of Belarusian State University.

4. Prep Solutions Ltd. hired Testking as an independent contractor to create, manage, and maintain content for Prep Solutions' website, www.prepaway.com. My operations team and I also provide general operational support to Prep Solutions for its global business operations.

5. In response to Defendant Elephant Projects, Ltd.'s Motion to Dismiss, counsel for Prep Solutions has asked my operations team and I to review web traffic statistics for Elephant Projects, Ltd.'s website, testpreptraining.com, along with the registration and hosting information for the website. Below is the information we have verified for the testpreptraining.com website.

6.  My team and I performed a WHOIS search for the domain name testpreptraining.com. The full report is included as Attachment 1 to this declaration. The search revealed the registrar for the domain is Go Daddy Inc. and the registrant for the site is Domains By Proxy, LLC, which to my understanding provides the WHOIS privacy service for Go Daddy Inc. According to the WHOIS report, the address for both Domains By Proxy, LLC and GoDaddy Inc. is 2155 E Warner Rd, Tempe, Arizona 85284.

7.  According to the WHOIS database, the domain name servers (DNS) for testpreptraining.com are operated by Cloudflare, Inc., a company based in San Francisco, California. The domain name servers are HAYES.NS.CLOUDFLARE.COM and MIRA.NS.CLOUDFLARE.COM. My team and I confirmed that both of the DNS servers are located in San Francisco, California. The specific information regarding the location for the testpreptraining.com name servers is included as Attachment 2 of this declaration.

8.  Counsel for Prep Solutions provided me with access to the SemRush platform. SemRush is a platform that provides competitive analysis information, site audits, and web traffic analytics. SemRush is one of the leading tools available for third-party website analysis. To analyze web traffic, SemRush uses "petabytes of clickstream data [a record of an individuals clicks through their journey on the internet] that comes from multiple proprietary and 3rd party data sources. Semrush's proprietary AI algorithm accumulates, cleans, and processes the raw data, giving you an accurate view of online journeys and online activity of over 200 million real but anonymized internet users."[1] After accumulating, cleaning, and processing the raw data, SemRush provides estimates for desktop and mobile traffic for specific websites. Without the ability to track

---

[1] *Traffic Analytics*: *Frequently Asked Questions*, SemRush, https://www.semrush.com/analytics/traffic/.

website traffic using a first-party, internal tracking tool, such as Google Analytics, SemRush's external traffic analytics is the best alternative.[2]

9. I reviewed the SemRush Traffic Analytics Reports for testpreptraining.com for worldwide and U.S.-based traffic for the last two years. These reports are included as Attachment 3 of this declaration. The SemRush worldwide report estimates that testpreptraining.com has received 7.7. million visits from all internet users across the world since September 2021. SemRush estimates that 2.6 million of these visits have come from the United States, which accounts for 34.22% of the total visits to testpreptraining.com and more visits than from any other single country. Additionally, the U.S.-only traffic report estimates that 60.9% of the U.S. visits resulted from organic searches using a search engine. A high rate of traffic originating from search engines suggests that Elephant Projects may be engaging in organic search engine optimization (SEO) efforts to increase traffic organic to testpreptraining.com.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge

Executed on September 25, 2023     _____
                                    Daria Tarasevich

---

[2] *See id.*

# Attachment 1

English

# ICANN | LOOKUP (/en)

# Registration data lookup tool

Enter a domain name or an Internet number resource (IP Network or ASN)   Frequently Asked Questions (FAQ) (/en/faq)

testpreptraining.com

Lookup

By submitting any personal data, I acknowledge and agree that the personal data submitted by me will be processed in accordance with the ICANN Privacy Policy (https://www.icann.org/privacy/policy), and agree to abide by the website Terms of Service (https://www.icann.org/privacy/tos) and the registration data lookup tool Terms of Use (unsafe:javascript:void(0)).

## Domain Information

**Name:** TESTPREPTRAINING.COM

**Registry Domain ID:** 2223260036_DOMAIN_COM-VRSN

**Domain Status:**
clientDeleteProhibited (https://icann.org/epp#clientDeleteProhibited)
clientRenewProhibited (https://icann.org/epp#clientRenewProhibited)
clientTransferProhibited (https://icann.org/epp#clientTransferProhibited)
clientUpdateProhibited (https://icann.org/epp#clientUpdateProhibited)

**Nameservers:**
HAYES.NS.CLOUDFLARE.COM
MIRA.NS.CLOUDFLARE.COM

## Dates

**Registry Expiration:** 2024-02-05 11:39:34 UTC

**Updated:** 2022-10-09 05:05:15 UTC

**Created:** 2018-02-05 11:39:34 UTC

## Contact Information

## Registrant:

**Handle:** 1

**Name:** Registration Private

**Organization:** Domains By Proxy, LLC

**Kind:** individual

**Mailing Address:** DomainsByProxy.com 2155 E Warner Rd, Tempe, Arizona, 85284, US

**Contact Uri:** https://www.godaddy.com/whois/results.aspx?domain=testpreptraining.com (https://www.godaddy.com/whois/results.aspx?domain=testpreptraining.com)

## Administrative:

**Handle:** 2

**Name:** Registration Private

**Organization:** Domains By Proxy, LLC

**Kind:** individual

**Mailing Address:** DomainsByProxy.com 2155 E Warner Rd, Tempe, Arizona, 85284, US

**Contact Uri:** https://www.godaddy.com/whois/results.aspx?domain=testpreptraining.com (https://www.godaddy.com/whois/results.aspx?domain=testpreptraining.com)

## Technical:

**Handle:** 3

**Name:** Registration Private

**Organization:** Domains By Proxy, LLC

**Kind:** individual

**Mailing Address:** DomainsByProxy.com 2155 E Warner Rd, Tempe, Arizona, 85284, US

**Contact Uri:** https://www.godaddy.com/whois/results.aspx?domain=testpreptraining.com (https://www.godaddy.com/whois/results.aspx?domain=testpreptraining.com)

## Billing:

**Handle:** 4

**Name:** Registration Private

**Organization:** Domains By Proxy, LLC

**Kind:** individual

**Mailing Address:** DomainsByProxy.com 2155 E Warner Rd, Tempe, Arizona, 85284, US

**Contact Uri:** https://www.godaddy.com/whois/results.aspx?domain=testpreptraining.com (https://www.godaddy.com/whois/results.aspx?domain=testpreptraining.com)

# Registrar Information

**Name:** GoDaddy.com, LLC

**IANA ID:** 146

**Abuse contact phone:** tel:480-624-2505

# DNSSEC Information

**Delegation Signed:** Unsigned

# Authoritative Servers

**Registry Server URL:** https://rdap.verisign.com/com/v1/domain/testpreptraining.com (https://rdap.verisign.com/com/v1/domain/testpreptraining.com)

**Last updated from Registry RDAP DB:** 2023-09-24 11:07:07 UTC

**Registrar Server URL:** https://rdap.godaddy.com/v1/domain/TESTPREPTRAINING.COM (https://rdap.godaddy.com/v1/domain/TESTPREPTRAINING.COM)

**Last updated from Registrar RDAP DB:** 2023-09-24 11:07:25 UTC

# Notices and Remarks

## Notices:

### Status Codes

For more information on Whois status codes, please visit https://www.icann.org/epp

For more information on domain status codes, please visit https://icann.org/epp

https://icann.org/epp (https://icann.org/epp)

**RDDS Inaccuracy Complaint Form**

URL of the ICANN RDDS Inaccuracy Complaint Form: https://www.icann.org/wicf

https://www.icann.org/wicf (https://www.icann.org/wicf)

**Terms of Use**

By submitting an inquiry, you agree to these Universal Terms of Service
and limitations of warranty. In particular, you agree not to use this
data to allow, enable, or otherwise make possible, dissemination or
collection of this data, in part or in its entirety, for any purpose,
such as the transmission of unsolicited advertising and solicitations of
any kind, including spam. You further agree not to use this data to enable
high volume, automated or robotic electronic processes designed to collect
or compile this data for any purpose, including mining this data for your
own personal or commercial purposes, or use this data in any way that violates
applicable laws and regulations.

https://www.godaddy.com/agreements/showdoc?pageid=5403 (https://www.godaddy.com/agreements/showdoc?pageid=5403)



Youtube (https://www.youtube.com/icannnews)

Twitter (https://www.twitter.com/icann)

Linkedin (https://www.linkedin.com/company/icann)

Flickr (https://www.flickr.com/photos/icann)

Facebook (https://www.facebook.com/icannorg)

Newletters (https://www.icann.org/resources/pages/global-newsletter-2018)

Community Wiki (https://community.icann.org/)

ICANN Blog (https://www.icann.org/news/blog)

© Internet Corporation for Assigned Names and Numbers. Privacy Policy (https://www.icann.org/privacy/policy)  Terms of Service (https://www.icann.org/privacy/tos)  Cookies Policy (https://www.icann.org/privacy/cookies)

# Attachment 2







# Attachment 3

Menu

testpreptraining.com | Root Domain | Search

**Get hold of daily and weekly traffic data**

We updated the Traffic Analytics accuracy algorithm on September 12. Now you can view daily and weekly traffic changes, with data being more stable and accurate. Historical data may have changed.

Got it

Create new report

What's new? User manual Send feedback

# Traffic Analytics: testpreptraining.com

Get PDF Create list

Sep 2021 – Aug 2023 Worldwide All devices Accuracy: Company

Overview Audience Overview Traffic Journey Top Pages Subfolders Subdomains Geo Distribution Bulk Analysis

Root domain

testpreptraini... | Competitor | Competitor | Competitor | Competitor | Compare | Clear

| Visits | Unique Visitors | Purchase Conversion beta | Pages / Visit | Avg. Visit Duration | Bounce Rate |
|---|---|---|---|---|---|
| 7.7M ↑116.05% | 5.1M ↑130.29% | n/a | 2.22 ↓18.63% | 15:21 ↓10.67% | 72.04% ↑11.29% |

**Trend by Device**

Sep 2021 – Aug 2023 | Monthly new | Growth | Export

Visits | Unique Visitors | Pages / Visit | Avg. Visit Duration | Bounce Rate

All devices Desktop Mobile Deviation range

Top Pages | Top Subfolders | Top Subdomains

| Page | Traffic Share | Unique Pageviews | Unique Visitors |
|---|---|---|---|
| /index.php | 10.9% | 1.2M | 399.3K |
| /microsoft-azure-fu | 4.3% | 362.5K | 294.4K |
| testpreptraining.coı | 3.51% | 506.8K | 319.9K |
| /aws-certified-clou | 3.32% | 264.6K | 149.1K |
| /blog/top-65-windc | 3.01% | 233.1K | 159.7K |

View full report

**Traffic Share**

Export to PNG

Desktop 53%
Mobile 47%

What do you think about the new **daily** and **weekly** time periods?

Send feedback Cancel

**Traffic Channels by Type**

Sep 2021 – Aug 2023 | Monthly new





Deviation range

View full report

## Traffic Journey

Export to PNG

View all sources

View all destinations

## Distribution by Countries

Export to PNG

Visits | Unique Visitors

| Country | | All devices | Desktop | Mobile |
|---|---|---|---|---|
| United States | 34.22% | 2.6M | 57.1% | 42.9% |
| India | 24.6% | 1.9M | 31.46% | 68.54% |
| United Kingdom | 5.96% | 460.9K | 62.01% | 37.99% |
| Canada | 2.69% | 208.1K | 63.6% | 36.4% |
| Japan | 2.14% | 165.4K | 96.68% | 3.32% |

What do you think about the new **daily** and **weekly** time periods?

Send feedback Cancel

View full report

9/24/23, 10:48 AM
Case 2:23-cv-00211-JRG   Document 15-1   Filed 09/26/23   Page 16 of 19 PageID #: 1772
testpreptraining.com - Overview, Traffic Analytics

**Company Info** *i*



**We have no data to show**
Try selecting a different date or changing your filter settings.



**What features would you add to Traffic Analytics?**
We're eager to provide you with even more useful data. What features should we add to wow you?

Suggest feature

USA, 800 Boylston Street, Suite 2475, Boston, MA 02199

Contact us

Change language

© 2008 - 2023 Semrush. All rights reserved.
Cookie Settings



What do you think about the new **daily** and **weekly** time periods?

Send feedback    Cancel





Menu

testpreptraining.com | Root Domain | Search

**Get hold of daily and weekly traffic data**

We updated the Traffic Analytics accuracy algorithm on September 12. Now you can view daily and weekly traffic changes, with data being more stable and accurate. Historical data may have changed.

Got it

Create new report | What's new? | User manual | Send feedback

# Traffic Analytics: testpreptraining.com

Get PDF | Create list

Sep 2021 – Aug 2023 | United States | All devices | Accuracy: Company

Overview | Audience Overview | Traffic Journey | Top Pages | Subfolders | Subdomains | Geo Distribution | Bulk Analysis

Root domain

testpreptraini... | Competitor | Competitor | Competitor | Competitor | Compare | Clear

| Visits | Unique Visitors | Purchase Conversion beta | Pages / Visit | Avg. Visit Duration | Bounce Rate |
|---|---|---|---|---|---|
| 2.6M ↑148.17% | 1.6M ↑158.48% | n/a | 2.24 ↓37.01% | 15:59 ↓22.97% | 69.54% ↑22.67% |

**Trend by Device**

Sep 2021 – Aug 2023 | Monthly new | Growth | Export

Visits | Unique Visitors | Pages / Visit | Avg. Visit Duration | Bounce Rate

Top Pages | Top Subfolders | Top Subdomains

| Page | Traffic Share | Unique Pageviews | Unique Visitors |
|---|---|---|---|
| /index.php | 14.38% | 531.3K | 151.2K |
| /comptia-it-fundam | 5% | 173.1K | 128.7K |
| /tutorial/salesforce- | 4.81% | 128.7K | 43.2K |
| /cams-certification- | 4.69% | 125.6K | 42.8K |
| testpreptraining.coı | 4.69% | 203.5K | 122.4K |

View full report

**Traffic Share**

Export to PNG

What do you think about the new **daily** and **weekly** time periods?

Send feedback | Cancel

**Traffic Channels by Type**

Sep 2021 – Aug 2023 | Monthly new

Deviation range

View full report

## Traffic Journey

Export to PNG

View all sources

View all destinations

## Distribution by Countries

Export to PNG

Worldwide

Visits | Unique Visitors

| Country | | All devices | Desktop | Mobile |
|---|---|---|---|---|
| United States | 34.22% | 2.6M | 57.1% | 42.9% |
| India | 24.6% | 1.9M | 31.46% | 68.54% |
| United Kingdom | 5.96% | 460.9K | 62.01% | 37.99% |
| Canada | 2.69% | 208.1K | 63.6% | 36.4% |
| Japan | 2.14% | 165.4K | 96.68% | 3.32% |

What do you think about the new **daily** and **weekly** time periods?

Send feedback Cancel

View full report

### Company Info



**We have no data to show**
Try selecting a different date or changing your filter settings.

**What features would you add to Traffic Analytics?**
We're eager to provide you with even more useful data. What features should we add to wow you?

Suggest feature

USA, 800 Boylston Street, Suite 2475, Boston, MA 02199

Contact us

Change language

© 2008 - 2023 Semrush. All rights reserved.
Cookie Settings



What do you think about the new **daily** and **weekly** time periods?

Send feedback    Cancel