# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PREP SOLUTIONS LTD., | § § § § | Civil Action No. 2:23-cv-211-JRG |
| Plaintiff, | § § | |
| v. | § § | JURY TRIAL DEMANDED |
| TECHONO LTD., et al., | § § § | |
| Defendants. | § § | |

## DECLARATION OF BRADLEY JARRETT

I, Bradley Jarrett, provide this declaration and declare as follows:

1. I make this declaration upon personal knowledge and, if called to testify, could and would testify to the facts set forth herein.

2. I am an adult resident of Dallas, Texas, and I am an associate with the law firm McKool Smith P.C. I am a member in good standing of the state bar of Texas.

3. On September 11, 2023, I visited the LinkedIn page for testpreptraining. Under the "About" tab, testpreptraining lists one of its specialties as "US Testprep." This is the third specialty on the list behind "IT Certifications" and "Server Certifications." Attachment 1 to this declaration includes a screenshot of testpreptraining's LinkedIn page that lists its specialties.

4. On September 23, 2023, I performed the following Google searches while located in Dallas, Texas that listed testpreptraining.com within the top five results:

   a. "IT test prep questions" – testpreptraining.com was the first non-sponsored result and fifth result overall.

   b. "test prep questions" – testpreptraining.com was the third result.

1

      c. "test prep" – testpreptraining.com was the fifth non-sponsored result and sixth result overall.

5. Attachment 2 of this declaration includes screenshots displaying these search results.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on September 23, 2023      *Bradley Jarrett*
                                                                Bradley Jarrett

# Attachment 1



https://www.linkedin.com/company/testpreptraining/about/

Case1\_23-cv-01251.JPG

LinkedIn | Search | Home | My Network | Jobs | Messaging | Notif...

# testpreptraining

Online Courses | Certifications | E-learning | Practice Tests

E-Learning Providers · London, England · 1,361 followers

[+ Follow] [Learn more ↗] [More]

Home | **About** | Posts | Jobs | People

## Overview

TestPrepTraining provides thousands of Practice Tests for all type of Professional Certifications, Tests & Entrance Examinations. We help students and professionals in their preparation ensuring they get the right guidance & preparation material & gain confidence to get high scores. We offer simulated exercises for practicing and mock tests for these certification exams. TestPrepTraining gives 100% money back guarantee if not satisfied. You get lifetime access & regularly updated tests.

Practice Tests offered on certifications provided by:
AWS
ASQ
AXELOS
BLOCKCHAIN COUNCIL
CISCO
CLOUD SECURITY ALLIANCE
CLOUDERA
COMPTIA
DELL
ECCOUNCIL
GOOGLE
HORTONWORKS



# Attachment 2

Google

IT test prep questions

Images    And answers    Videos    Certiport    Shopping    News    Books    Maps    Flights

All filters    Tools

Sponsored

examtopics.com
https://www.examtopics.com

### IT Professional Exam Prep - Real IT Exam Questions

You're Guaranteed To Pass Your **Exam** - Completely For Free. 1000+ IT Certification **Exams**. Real IT Certification **Exam Questions**. Accurate & Verified Answers with explanations.

Sponsored

Interview Kickstart
https://learn.interviewkickstart.com › it_interview › preparation

### IT Interview Prep Online - IT Interview Test

Don't just solve the problems, understand the patterns behind them. Learn how to solve any tech interview **questions** with ease. Learn from Hiring Manager.

Sponsored

exam-labs.com
https://www.exam-labs.com

### IT Certifications Exams Dumps, Practice Test Questions

Unlimited Access Sale Offer 30% Off, Pass Your IT Certification **Exams** in First Attempt. The Perfect Shortcut to Pass IT Certification **Exams** - Money Back Guaranteed. Pass in First Try.

Sponsored

prepaway.com
https://www.prepaway.com

### CompTIA IT Fundamentals Certification Practice Test Questions

Unlimited Access Sale Offer 30% Off, Pass Your IT Certification **Exams** in First Attempt.

Test Prep Training
https://www.testpreptraining.com

### Test Prep Training | Practice Exam Questions |Practice Tests ...

Get ready to pass your next Certification **exam** with our **practice exam questions** created by Subject Matter Experts. Try Free **practice tests** Now and get Certified

Courses · Resources · Pro Plans · Business



test prep questions

Images | Videos | Pdf | SAT | LSAT | Driving | TEAS | ACT | EMT

All filters ▾ | Tools



Test Prep Review
https://www.testprepreview.com

**Test Prep Review (Free Practice Tests)**
Free **test prep** help for **exams** like the ACCUPLACER, ACT, GED, GMAT, GRE, LSAT, MAT, MCAT, NCLEX, Praxis, SAT, etc. Get the high score you need!

ATI TEAS 7 · ACCUPLACER Practice Test · SAT Practice Test · TABE Practice Test

Related questions



What are 10 test taking strategies?

How do I prepare for a test?

Where can I find practice questions?

What is a test prep class?

Feedback



Educational Testing Service
https://www.ets.org › practice

**Practice for a Test**
From study guides to **sample questions** and everything in between, our **test prep** resources will make sure you're ready to do your best! GRE® General Test ...



Test Prep Training
https://www.testpreptraining.com

**Test Prep Training | Practice Exam Questions |Practice Tests ...**
Get ready to pass your next Certification **exam** with our **practice exam questions** created by Subject Matter Experts. Try Free **practice tests** Now and get Certified

Courses · Resources · Pro Plans · Business



Khan Academy
https://www.khanacademy.org › test-prep

**Test prep**
... **Prep** program. Providing a personalized **test** plan, official LSAT **practice tests**, thousands of

