IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **PREP SOLUTIONS LTD.,**<br><br>          Plaintiff,<br><br>vs.<br><br>**TECHONO LTD., ET AL,**<br><br>          Defendant. | Civil Action No. 2:23-cv-211-JRG |

### ORDER DENYING DEFENDANT ELEPHANT PROJECTS, LTD.'S MOTION TO DISMISS THE COMPLAINT

Pending before the Court is Defendant Elephant Projects, Ltd.'s Motion to Dismiss the Complaint. Having reviewed the briefing of the parties, evidence submitted, and the full record, Elephant Projects' Motion to Dismiss the Complaint is **DENIED**.