IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PREP SOLUTIONS LTD.<br><br>               Plaintiff,<br><br>v.<br><br>TECHONO LTD., et. al.<br><br>               Defendants. | )<br>)<br>)  Civil Action No. 2:23-cv-00211-JRG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION FOR AN EXTENSION OF TIME FOR DEFENDANT
PASSLEADER.COM d/b/a BRAINDUMP2GO.COM AND LEAD2PASS.COM**

Plaintiff Prep Solutions Ltd. ("Plaintiff") and named defendant Passleader.com d/b/a Braindump2go.com and Lead2pass.com, owned by Nanjing BoYan Information Technology Co, Ltd. ("Defendant"), by and through their attorneys, seek an extension of time for Defendant to answer or otherwise respond to the Complaint and the parties respectfully show the Court as follows:

1. On May 10, 2023, Plaintiff filed a Complaint for copyright infringement and related claims (Dkt. 1) ("Complaint").

2. On November 27, 2023, Defendant was served with the Complaint, making Defendant's response to the Complaint due on or before December 18, 2023.

3. Counsel for parties have agreed to a 21-day extension, up to and including January 8, 2024, for Defendant to file its answer or otherwise respond to the Complaint.

4. Good cause exists for the requested extension.

5. Counsel for Defendant represents that additional time is required time to prepare a response to the Complaint considering the length of the Complaint, that the

Complaint is verified, and that Defendant's personnel are not native-English speakers such that review and execution of verified pleadings will require additional time. The requested extension will give Defendant the additional time necessary to properly prepare, translate, and execute a verified response to the Complaint.

6. In addition, the parties have been in communication about potentially resolving the case since before service. The requested extension will give the parties enough time to explore whether an informal resolution might be possible.

7. Plaintiff and Defendant agree to the relief requested in this motion.

A proposed order granting this unopposed motion is attached.

Respectfully submitted,

Dated: December 1, 2023

| **McKOOL SMITH P.C.** | **YK LAW, LLP** |
|---|---|
| s/*Josh Budwin* | s/ *Michael A DiNardo* |
| Joshua Budwin | Michael A. DiNardo |
| TX State Bar No. 24050347 | mdinardo@yklaw.us |
| McKool Smith P.C. | YK Law, LLP |
| 303 Colorado Street, Suite 2100 | 445 S. Figueroa St, Suite 2280 |
| Austin, TX 78701 | Los Angeles, CA 90071 |
| Telephone: (512) 692-8727 | O: (213) 401-0970 |
| Telecopier: (512) 692-8744 | F: (213) 529-3044 |
| | |
| Richard A. Kamprath | ATTORNEYS FOR DEFENDANT |
| TX State Bar No. 24078767 | NANJING BOYAN INFORMATION |
| Bradley Jarrett | TECHNOLOGY CO, LTD. d/b/a |
| TX State Bar No. 24128518 | PASSLEADER.COM, |
| McKool Smith P.C. | BRAINDUMP2GO.COM, AND |
| 300 Crescent Court, Suite 1500 | LEAD2PASS.COM |
| Dallas, TX 75201 | |
| Telephone: (214) 978-4210 | |
| Telecopier: (214) 978-4044 | |

Jennifer L. Truelove
Texas State Bar No. 24012906
McKool Smith P.C.
104 E. Houston Street, Suite 300

Marshall, TX 75670
Telephone: (903) 923-9000
Telecopier: (903) 923-9099

ATTORNEYS FOR PLAINTIFF PREP
SOLUTIONS LTD.

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Defendant met and conferred with counsel for Plaintiff in accordance with Local Rule CV-7(h). The Parties are jointly seeking the relief sought in this Motion.

Dated: December 1, 2023                                          /s/ Michael A DiNardo
                                                                 Michael A DiNardo

## CERTIFICATE OF SERVICE

I, Michael A DiNardo, hereby certify that this document filed through the ECF system will be electronically served on counsel for Plaintiff through ECF.

Dated: December 1, 2023                                          /s/ Michael A DiNardo
                                                                 Michael A DiNardo